Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Chanel, Inc.

08 CIV 6418

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CHANEL, INC., a New York Corporation,

　　　　　Plaintiff,

-against-

MOTIVIC N.Y., INC., a New York corporation, d/b/a
MOTIVIC N.Y. d/b/a MOTIVIC d/b/a
MOTIVICNY.COM d/b/a SEVEN STARS
INDUSTRIES, LTD. d/b/a TPF, and KEN CHIU, an
individual, d/b/a MOTIVIC N.Y. d/b/a MOTIVIC d/b/a
MOTIVICNY.COM d/b/a SEVEN STARS
INDUSTRIES, LTD. d/b/a TPF, and DOES 1-10

　　　　　Defendants.

Case No.
(Filed Under Seal)

---

This action is before the Court having been commenced by Plaintiff, Chanel, Inc. ("Plaintiff"); and

It appearing to the Court that it has jurisdiction over the subject matter of this action, over the Plaintiff and over the defendants; and

The Court having considered the Complaint and the exhibits thereto, the Plaintiff's Order to Show Cause and accompanying papers;

NOW, THEREFORE, it is hereby ORDERED as follows that:

Pursuant to 15 U.S.C. § 1116(d)(8), pending the hearing of Plaintiff's motion for preliminary injunction, the Clerk of this Court is to keep and maintain under seal all papers filed herein, and that public scrutiny of such papers shall not be permitted, subject to defendants' right to access such papers upon presenting the Clerk of this Court with proper identification.

Dated:   July 17, 2008

_____
UNITED STATES DISTRICT JUDGE
   PATT