JUDGE CROTTY

GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Chanel, Inc.

08 CIV 6418

FILED
U.S. DISTRICT COURT
2008 JUL 17 PM 3:39
S.D. OF N.Y.

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHANEL, INC., a New York Corporation, | ) ) ) | Case No. |
| Plaintiff, | ) ) ) | **FED. R. CIV. P. 7.1** <br> **DISCLOSURE STATEMENT** |
| -against- | ) ) | |
| MOTIVIC N.Y., INC., a New York corporation, d/b/a MOTIVIC N.Y. d/b/a MOTIVIC d/b/a MOTIVICNY.COM d/b/a SEVEN STARS INDUSTRIES, LTD. d/b/a TPF, and KEN CHIU, an individual, d/b/a MOTIVIC N.Y. d/b/a MOTIVIC d/b/a MOTIVICNY.COM d/b/a SEVEN STARS INDUSTRIES, LTD. d/b/a TPF, and DOES 1-10 | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for plaintiffs CHANEL,

- 1 -

INC., a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

None.

Dated: New York, New York
July ___, 2008

Respectfully submitted,

_____
**GIBNEY, ANTHONY & FLAHERTY, LLP**
JOHN MACALUSO (JM-2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

Of Counsel:
Stephen M. Gaffigan
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
Email: stephen@smgpa.net